THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KENNETH HOOK and NORA HOOK, individually and as a marital community, <br><br> Plaintiffs, <br><br> v. <br><br> HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, a Curacao limited liability company, <br><br> Defendant. | CASE NO. C20-1009-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order for a 21-day extension of time for Defendant to answer or otherwise respond to Plaintiff's complaint (Dkt. No. 3). Finding good cause, the Court hereby GRANTS the extension of time. Defendant shall answer or otherwise respond to Plaintiff's complaint no later than August 13, 2020.

//
//
//

MINUTE ORDER
C20-1009-JCC
PAGE - 1

1   DATED this 21st day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1009-JCC
PAGE - 2