1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

KENNETH HOOK, et al.,

8

Plaintiffs,

9

v.

10

HOLLAND AMERICA LINE NV,

11

Defendant.

C20-1009 TSZ

MINUTE ORDER

12

13

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14

(1)     Defendant's Motion to Dismiss, docket no. 10, is STRICKEN as moot; and

15

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

16

Dated this 9th day of October, 2020.

17

18

William M. McCool
Clerk

19

s/Karen Dews
Deputy Clerk

20

21

22

23

MINUTE ORDER - 1