UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH HOOK and NORA HOOK, individually and as a marital community, <br><br> Plaintiffs, <br><br> v. <br><br> HOLLAND AMERICAN LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, a Curacao limited liability company, <br><br> Defendant. | C20-1009 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 26, and having met with the parties via telephonic conference on December 15, 2020, the Court SETS the following dates and deadlines:

| | |
|---|---|
| **BENCH TRIAL DATE (5 days)** | **November 15, 2021** |
| Deadline to Amend Pleadings | April 2, 2021 |
| Disclosure of Expert Testimony | April 26, 2021 |
| Discovery motions filing deadline | June 17, 2021 |
| Mediation / Settlement Conference deadline | July 2, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion deadline | July 26, 2021 |
| Dispositive motions filing deadline | August 26, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | September 2, 2021 |
| Motions in limine filing deadline | October 14, 2021 |
| Agreed pretrial order due | October 29, 2021 |
| Trial briefs due | October 29, 2021 |
| Proposed findings of fact and conclusions of law due | November 1, 2021 |
| Pretrial conference | November 5, 2021 at 10:00 a.m. |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits

MINUTE ORDER - 2

shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Judge Zilly's chambers at (206) 370-8830 as soon as possible.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of December, 2020.

<u>William M. McCool</u>
Clerk

<u>s/Gail Glass</u>
Deputy Clerk

MINUTE ORDER - 3