UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH HOOK and NORA HOOK, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLAND AMERICA LINE NV d/b/a HOLLAND AMERICA LINE N.V. LLC, a Curacao limited liability company,<br><br>Defendant. | C20-1009 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Pursuant to the parties' stipulation, docket no. 31, the Court EXTENDS the deadline for the disclosure of expert testimony from April 26, 2021 to May 31, 2021.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1